UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARK ENGLAND and JULIANNA ENGLAND,

        Plaintiff(s),

        vs

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

        Defendant(s).

Case # 2:07-CV-1238-PMP-GWF

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the calendar on **Tuesday, May 7, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George Foley, Jr**., for a settlement conference.

DATED this 17th day of July, 2012.

PHILIP M. PRO, U.S. DISTRICT JUDGE