CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702)385-1954
Fax: (702) 385-9081

E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
2775 South Rainbow, Suite 103
Las Vegas, NV 89146
Ph: (702) 364-1234
Fax: (702) 364-1442
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

| | |
|---|---|
| MARK ENGLAND & JULIANNA ENGLAND, | ) |
| Plaintiffs, | ) Case No.: 2:07-cv-01238-PMP-GWF |
| vs. | ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a Political Subdivision of the STATE OF NEVADA; Police Officers JENNINGS (LVMPD #6178); CLARK (LVMPD #6240); individually and as Police Officers employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; POLICE OFFICER; JOHN DOES I-XX; and OFFICER DOES I-XX inclusive, | ) **PLAINTIFF JULIANNA ENGLAND'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR OCTOBER 16, 2012** |
| Defendants. | ) |

COMES NOW, Plaintiff, JULIANNA ENGLAND, by and through her attorney of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and E. BRENT BRYSON, ESQ. and hereby submits this Request for Exception of Attendance at the Settlement Conference Scheduled for October 16, 2012.

The settlement conference in this matter is currently set for Tuesday, October 16, 2012 at 9:00 a.m.

Plaintiff MARK ENGLAND will be traveling to Las Vegas for his deposition on October 15, 2012 and the settlement conference the following day.  However, Plaintiff JULIANNA ENGLAND, requests an exception of attendance as it is financially burdensome for both Plaintiffs to travel to Las Vegas.  Additionally, the Plaintiffs have animals that need care in the event of their owners' absence, which the Plaintiffs are unable arrange.

The Plaintiff MARK ENGLAND has full authority regarding settlement.

For the reasons set forth above, the Plaintiff JULIANNA ENGLAND respectfully requests that her attendance requirement for the settlement conference be waived.

DATED this 29th day of August, 2012.

                                          Respectfully submitted,
                                        POTTER LAW OFFICES
                                        E. BRENT BRYSON, LTD.

                                        By   /s/ Cal J. Potter, III, Esq.
                                        CAL J. POTTER, III, ESQ.
                                        Nevada Bar No.  1988
                                        1125 Shadow Lane
                                        Las Vegas, Nevada   89102

                                        E. BRENT BRYSON, ESQ.
                                        Nevada Bar No.  4933
                                        2775 South Rainbow, Suite 103
                                        Las Vegas, NV 89146
                                        *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED that, good cause appearing therefore, the Plaintiff JULIANNA ENGLAND's attendance at the settlement conference on October 16, 2012 at 9:00 a.m. is waived.

DATED this 13th day of September, 2012.

                                        */s/ George Foley Jr.*
                                        U.S. MAGISTRATE JUDGE FOLEY