1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  POTTER LAW OFFICES
   1125 Shadow Lane
3  Las Vegas, Nevada 89102
   Ph: (702)385-1954
4  Fax: (702) 385-9081

5  E. BRENT BRYSON, ESQ.
   Nevada Bar No. 4933
6  2775 South Rainbow, Suite 103
   Las Vegas, NV 89146
7  Ph: (702) 364-1234
   Fax: (702) 364-1442
8  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

•••••

| | |
|---|---|
| MARK ENGLAND & JULIANNA ENGLAND, | ) |
| Plaintiffs, | ) Case No.: 2:07-cv-01238-PMP-GWF |
| vs. | ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a Political Subdivision of the STATE OF NEVADA; Police Officers JENNINGS (LVMPD #6178); CLARK (LVMPD #6240); individually and as Police Officers employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; POLICE OFFICER; JOHN DOES I-XX; and OFFICER DOES I-XX inclusive, | ) **MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** |
| Defendants. | ) |

COMES NOW, Plaintiffs, MARK ENGLAND and JULIANNA ENGLAND, by and through their attorneys of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and E. BRENT BRYSON, ESQ. and hereby requests that the Court remove from the list of counsel to

///
///
///

be noticed, John C. Funk, Esq. and Lawrence W. Freiman, Esq. as they are no longer employed with Potter Law Offices.

DATED this 27th day of September, 2012.

                                                Respectfully submitted,
POTTER LAW OFFICES
E. BRENT BRYSON, LTD.


By  /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada  89102

E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
2775 South Rainbow, Suite 103
Las Vegas, NV 89146
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2012.

2