CAL J. POTTER, III, ESQ.
Nevada Bar No.  1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada  89102
Ph:   (702)385-1954
Fax: (702) 385-9081

E. BRENT BRYSON, ESQ.
Nevada Bar No.  4933
2775 South Rainbow, Suite 103
Las Vegas, NV 89146
Ph:   (702) 364-1234
Fax: (702) 364-1442
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

•••••

MARK ENGLAND & JULIANNA
ENGLAND,

     Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT (LVMPD), a Political
Subdivision of the STATE OF NEVADA;
Police Officers JENNINGS (LVMPD
#6178); CLARK (LVMPD #6240);
individually and as Police Officers employed
by the LAS VEGAS METROPOLITAN
POLICE DEPARTMENT; POLICE
OFFICER; JOHN DOES I-XX; and
OFFICER DOES I-XX inclusive,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:07-cv-01238-PMP-GWF

**MOTION TO REMOVE ATTORNEYS**
**FROM SERVICE LIST**

     COMES NOW, Plaintiffs, MARK ENGLAND and JULIANNA ENGLAND, by and

through their attorneys of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and E.

BRENT BRYSON, ESQ. and hereby requests that the Court remove from the list of counsel to

///

///

///

1  be noticed, John C. Funk, Esq. and Lawrence W. Freiman, Esq. as they are no longer employed

2  with Potter Law Offices.

3          DATED this 27th day of September, 2012.

4                                              Respectfully submitted,
                                               POTTER LAW OFFICES
5                                              E. BRENT BRYSON, LTD.

6
                                               By   /s/ Cal J. Potter, III, Esq.
7                                              CAL J. POTTER, III, ESQ.
                                               Nevada Bar No.  1988
8                                              1125 Shadow Lane
                                               Las Vegas, Nevada   89102
9
                                               E. BRENT BRYSON, ESQ.
10                                             Nevada Bar No.  4933
                                               2775 South Rainbow, Suite 103
11                                             Las Vegas, NV 89146
                                               *Attorneys for Plaintiff*
12

13

14          IT IS SO ORDERED.

15

16

17          _____

18          PHILIP M. PRO
            UNITED STATES DISTRICT JUDGE
19

20          Dated:  September 28, 2012.

21

22

23

24

25

26

27

28