# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK ENGLAND, et al.,     Plaintiff, vs. LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,     Defendants. | Case No. 2:07-cv-01238-PMP-GWF **ORDER** Motion for Order to Show Cause (#116) |

This matter comes before the Court on Defendants' Motion for an Order to Show Cause why Plaintiff Should not be Held in Contempt (#116), filed on December 21, 2012. In response to Defendants' Motions for Sanctions (#27, #46), the Court entered a Judgment on Attorneys' Fees (#62) against Plaintiffs in the amount of $4,592.59 on August 18, 2008. On October 3, 2008, the District Court stayed Plaintiffs' obligation to pay until 30 days after Plaintiff Mark England ("England") returned from military deployment. *See Doc. #65*. Defendants represent that England returned from deployment nearly three years ago and that he has not satisfied the sanction. Defendants further represent that at his October 15, 2012 deposition, England conveyed he did not intend to pay the sanction. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for an Order to Show Cause why Plaintiff Mark England Should not be Held in Contempt for Failure to Comply with the Court's October 3, 2008 Order (#116) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **January 18, 2013** to file a written response with the Court.

...

**IT IS FURTHER ORDERED** that a hearing on the instant Motion (#116) shall be conducted on **Thursday, January 24, 2013 at 1:30 p.m.** in **Courtroom 3A**.

DATED this 3rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge