# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK ENGLAND, et al., | ) |
| Plaintiff, | ) Case No. 2:07-cv-01238-PMP-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

This matter comes before the Court on Plaintiff Mark England's ("Plaintiff") Response (#120) to the Court's January 3, 2013 Order to Show Cause (#118) ("Order"), filed on January 18, 2013. The Order granted Defendants' Motion for Order to Show Cause (#116), which argued that Plaintiff had not satisfied the sanctions imposed upon him by the Court's August 18, 2008 Judgment on Attorneys' Fees (#62). In his Response (#120) to the Order, Plaintiff submits that he filed a Notice of Bankruptcy with this Court on June 14, 2012, s*ee Doc. #94*, which stayed his obligation to pay the sanctions. Although the bankruptcy was dismissed on January 4, 2013, Plaintiff represents that the dismissal was due to an excusable missed payment and that he has filed to reinstate the bankruptcy. Due to the Court's oversight, the Order and the hearing scheduled for this matter shall be vacated. Accordingly,

**IT IS HEREBY ORDERED** that the Court's January 3, 2013 Order to Show Cause (#118) is **vacated**.

...

...

...

**IT IS FURTHER ORDERED** that the hearing scheduled for the Order to Show Cause (#118) on January 24, 2013 at 1:30 p.m. is **vacated**.

**IT IS FURTHER ORDERED** that within 10 days of the U.S. Bankruptcy Court's decision, Plaintiffs shall inform this Court in writing whether or not Plaintiffs' bankruptcy was reinstated.

DATED this 24th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge