UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARK ENGLAND and JULIANNA ENGLAND,

        Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

        Defendants.

2:07-cv-01238-PMP-GWF

ORDER

This case is currently scheduled for Pretrial Conference on April 9, 2014, at 9:30 a.m. However, a conflict in the Court's schedule requires that the Pretrial Conference be moved to 1:00 p.m. on that date.

IT IS THEREFORE ORDERED that the Pretrial Conference is hereby rescheduled for April 9, 2014, at 1:00 p.m.

IT IS FURTHER ORDERED that Plaintiffs' Motion in Limine to Exclude the Audio Recording from Clark County Detention Center (Doc. #130), LVMPD Defendants' Motion in Limine to Exclude Evidence at Trial Regarding Defendants' Use of Force in Prior and Subsequent and Unrelated Incidents (Doc. #133), and Plaintiffs' Motion in Limine to Exclude References to Criminal Charges (Doc. #139) are set for hearing at the Pretrial Conference.

1       IT IS FURTHER ORDERED that LVMPD Defendants' Motion in Limine to
2 Exclude Testimony of Plaintiffs' Police Practices Expert Ernest Burwell (Doc. #129) is
3 hereby set for <u>Daubert</u> Hearing at the Pretrial Conference.  Plaintiffs shall secure the
4 attendance of Plaintiffs' police practices expert Ernest Burwell at said hearing.

6 DATED: March 28, 2014

7                                                   _____
8                                                   PHILIP M. PRO
                                                  United States District Judge