UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \*

| | | |
|---|---|---|
| MARK ENGLAND, | ) | |
| | ) | |
| | ) | 2:07-cv-1238 PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al | ) | |
| Defendant(s), | ) | |

This case is currently on the calendar on October 14, 2014 for a Jury Trial.

IT IS ORDERED that this case is hereby referred to Magistrate Judge George W. Foley, Jr. for a settlement conference within the next 90 days.

Dated this 25th day of April, 2014.

_____
PHILIP M. PRO, U.S. District Judge