CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702)385-1954
Fax: (702) 385-9081

E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
E. BRENT BRYSON, LTD.
7730 W. Sahara Avenue, Suite 109
Las Vegas, Nevada 89117
Ph: (702) 364-1234
Fax: (702) 364-1442
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

| | |
|---|---|
| MARK ENGLAND<br><br>     Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a Political Subdivision of the STATE OF NEVADA; Police Officers JENNINGS (LVMPD #6178); CLARK (LVMPD #6240); individually and as Police Officers employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; POLICE OFFICER; JOHN DOES I-XX; and OFFICER DOES I-XX inclusive,<br><br>     Defendants.<br>_____ | Case No.: 2:07-cv-01238-PMP-GWF<br><br>**PLAINTIFF MARK ENGLAND'S EMERGENCY MOTION FOR EXCEPTION TO THE PERSONAL ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2014** |

COMES NOW, Plaintiff, MARK ENGLAND, by and through his attorney of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and E. BRENT BRYSON, ESQ. and hereby submits this Request for Exception of Attendance at the Settlement Conference Scheduled for August 11, 2014, due to the brief period of time before the conference, must be filed on an emergency basis.

. . .

This Motion is made and based upon the attached Memorandum of Points and Authorities, the papers and pleadings on file herein, and the declaration of counsel attached hereto.

DATED this 7th day of August, 2014

                              POTTER LAW OFFICES

                              By  /s/ C. J. Potter, IV, Esq.
                              CAL J. POTTER, III, ESQ.
                              Nevada Bar No. 1988
                              C. J. POTTER, IV, ESQ.
                              Nevada Bar No.  13225
                              1125 Shadow Lane
                              Las Vegas, Nevada   89102
                              *Attorneys for Plaintiff*

**DECLARATION  OF C. J. POTTER, IV, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR EXCEPTION TO THE PERSONAL ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2014**

STATE OF NEVADA        )
                                ) ss.
COUNTY OF CLARK       )

C. J. POTTER, IV, ESQ., being first duly sworn upon oath, deposes and states:

1. Your Declarant is an attorney duly licensed to practice law in the State of Nevada with his offices located at 1125 Shadow Lane, Las Vegas, Nevada;
2. That your Declarant is an attorney whom practices with Cal J. Potter, III, Esq., one of attorneys of record for the Plaintiff, and as such your Declarant is competent to testify as to the matters set forth herein;
3. That this Declaration is made in support of Plaintiff's Motion for an Exception to the Attendance Requirement at the Settlement Conference scheduled for August 11, 2014;
4. That the Settlement Conference is Scheduled for Monday, August 11, 2014, and due to the brief period of time before the conference, must be filed on an emergency basis;
5. That you Declarant has learned that Mark England is presently serving on "Drill Weekend Status" for the U.S. Army National Guard in his capacity as a combat medic;
6. That Plaintiff's service requires him to be physically present in a remote location in Arkansas;

7. That as a result of Plaintiff's "Drill Weekend Status", Plaintiff cannot travel to Las Vegas to attend the settlement conference in person;

8. That Plaintiff is available to participate telephonically in the settlement conference;

9. That your Declarant provides this Declaration under the pains and penalties of perjury under the law of the State of Nevada that the foregoing is true and correct.

/s/ C. J. Potter, IV, Esq.
C. J. POTTER, IV, ESQ.

## MEMORANDUM OF POINTS AND AUTHORITIES

As detailed in the declaration of counsel, Mark England is presently serving on "Drill Weekend Status" for the U.S. Army National Guard in his capacity as a combat medic. As a result Plaintiff is unable to travel to Las Vegas to be physically present at the settlement conference. However, Mr. England is able to attend the conference telephonically. Accordingly, Plaintiff respectfully requests that this Court allow Mr. England to attend the settlement conference by telephone.

DATED this 7th day of August, 2014

POTTER LAW OFFICES

By /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada   89102
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED that, good cause appearing therefore, the Plaintiff MARK ENGLAND's personal attendance at the settlement conference on August 7th, 2014 at 9:00 a.m. is waived and Plaintiff is permitted to attend by telephone.

DATED this  8th  day of    August   , 2014.

*[signature: George Foley Jr.]*
U.S. MAGISTRATE JUDGE FOLEY

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of POTTER LAW OFFICES, and that, on this 7th day of August, 2014, I electronically filed and sent electronic notification through the CM/ECF filing process a true copy of the **PLAINTIFF MARK ENGLAND'S EMERGENCY MOTION FOR EXCEPTION TO THE PERSONAL ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2014** addressed to:

Craig R. Anderson, Esq.
MARQUIS, AURBACH, COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Ph:  (702) 382-0711
Fax: (702) 382-5816

　　　　　　　　　　　　　　　　／s/ Jenna Enrico
　　　　　　　　　　　　　　　An Employee of POTTER LAW OFFICES