**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendant Ofc. Jason Jennings

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK ENGLAND,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICER JASON JENNINGS,<br><br>　　　　　　　　　Defendant. | Case No.:　　2:07-cv-01238-PMP (GWF) |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff Mark England ("England"), by and through his counsel, Cal J. Potter, III, Esq., of Potter Law Offices and Defendant Ofc. Jason Jennings, by and through his counsel, Craig R. Anderson, Esq., of Marquis Aurbach Coffing hereby stipulate as follows:

1.　　That on August 11, 2014, the parties reached a settlement during a court ordered mandatory settlement conference.

2.　　The terms of the settlement required England to execute the settlement agreement and a W-9.

3.　　England has provided the defendant with the required documents.

4.　　The defendant has submitted all necessary paperwork pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007's mandatory reporting requirements.

5.　　The defendant will provide England's counsel with the settlement check within 10 days of return of the Section 111 report.

MAC:05166-263 2365438_1 11/6/2014 1:11 PM

6. Both England and defendant stipulate that the Court can dismiss this matter with prejudice and close the case.

7. Both parties request that the Court's status check currently scheduled for November 10, 2014 at 2:30 p.m. be vacated.

8. It is further stipulated that all parties shall bear their own attorney fees and costs.

Dated this 6th day of November, 2014.

| MARQUIS AURBACH COFFING | POTTER LAW OFFICES |
|---|---|
| By: /s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant Jennings | By: /s/Cal J. Potter<br>Cal J. Potter, III, Esq.<br>Nevada Bar No. 1988<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED this 7th day of November, 2014 that Case No. 2:07-cv-01238-PMP (GWF) is dismissed with prejudice and the Court's November 10, 2014 status check is vacated.

United States District Court Judge

MAC:05166-263 2365438_1 11/6/2014 1:11 PM